**DENY; and Opinion Filed April 22, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00471-CV**

**IN RE TEN HAGEN EXCAVATING, Relator**

On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-11-00454-A

## MEMORANDUM OPINION
Before Justices Moseley, Fillmore, and Evans
Opinion by Justice Fillmore

The Court has before it relator's petition for writ of mandamus in which relator requests that the Court direct the trial court to vacate its order, entered after a hearing, denying a physical examination of real party Jose Lopez-Castro by relator's physician expert. The facts and issues are well known to the parties, so we need not recount them herein. The mandamus record is not complete. *See* TEX. R. APP. P. 52.7(a); *In re Le*, 335 S.W.3d 808, 813 (Tex. App.—Houston [14th Dist.] 2011, no pet.) ("Those seeking the extraordinary remedy of mandamus must follow the applicable procedural rules. Chief among these is the critical obligation to provide the reviewing court with a complete and adequate record."). Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827

S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding).  For all of the reasons set forth above, we **DENY** the petition for writ of mandamus.


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

140471F.P05